UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM CRAIG MATTHEWS,
MICHAEL MCKENZIE, and JOSE RODRIGUEZ,

        Plaintiffs,

and

AGNES E. RICE,

        Intervening Plaintiff,

v.          Case No. 8:07-cv-2095-T-24-TGW

M/V SEASTREAK MANHATTAN, a 78' 1988
passenger shuttle vessel, her engines, tackle,
equipment, apparel, appurtenances, etc., *in rem*, and
HYDROLINES EXPRESS I, INC., individually, *in personam*, M/V SEASTREAK LIBERTY, a 78'
1988 passenger shuttle vessel, her engines, tackle,
equipment, apparel, appurtenances, etc., *in rem*, and
HYDROLINES EXPRESS II, INC., individually, *in personam*,

        Defendants,
_____/

**ORDER**

        This cause comes before the Court on the Notice of Partial Settlement on Voluntary Dismissal as to Wage Claimants Matthews, McKenzie and Rodriguez (Doc. No. 32).

        In the notice, Plaintiffs William Craig Matthews, Michael McKenzie, and Jose Rodriguez state that they voluntarily dismiss their claims against Defendants with prejudice, and that this dismissal shall not affect the claims of the remaining parties to this action. Having considered the notice, and being otherwise fully advised, the Court orders that Plaintiffs William Craig

Matthews, Michael McKenzie, and Jose Rodriguez's claims against Defendants are hereby dismissed with prejudice.

**DONE AND ORDERED** at Tampa, Florida, this 26th day of December, 2007.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record

2